PROB 12C

(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rashawn LeGrande

Docket Number: 02-00195-012
PACTS Number: 32463

Name of Sentencing Judicial Officer: HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/27/2006

Original Offense: CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

Original Sentence: 130 months imprisonment; 5 years supervised release. Special conditions: financial disclosure, not to incur new credit or open additional lines of credit, and cooperate in the collection of his DNA specimen.

Type of Supervision: supervised release

Date Supervision Commenced: 11/27/09

Assistant U.S. Attorney: Melissa Jampol, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

Defense Attorney: Cynthia Harday, 60 Park Place, 16th Floor, Newark, New Jersey 07102 (973) 672-7963

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. The offender has violated the mandatory supervision condition which states 'You shall not commit another federal, state, or local crime.'

   On November 8, 2010, the offender was arrested by the Jersey City Police Department and was charged with the law violations of possession with intent to distribute a controlled dangerous substance, possession with intent to distribute a controlled dangerous substance within 1,000 feet of a school zone, possession with intent to distribute a controlled dangerous substance within 500 feet of a public housing complex, and possession of a controlled dangerous substance. Legrande is currently in the Hudson County Jail unable to post bail on the charges.

PROB 12C - Page 2
Rashawn LeGrande

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J Mullens
Senior U.S. Probation Officer
Date: 11/15/10

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

17 NOVEMBER 2010
Date